**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2509**

———————————

KEITH E. BOOTH,

Plaintiff - Appellant,

versus

PRINCE GEORGE'S COUNTY HEALTH DEPARTMENT'S
OFFICE ON AIDS,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-
93-3905-PJM)

———————————

Submitted:  February 24, 1998        Decided:  March 18, 1998

———————————

Before WIDENER, ERVIN, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Keith E. Booth, Appellant Pro Se.  John Anthony Bielec, COUNTY
ATTORNEY'S OFFICE, Upper Marlboro, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Booth appeals the district court's order granting summary judgment to the Defendants and dismissing Booth's action under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-16 (West 1994 & Supp. 1997), for failure to establish a prima facie case of discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Booth v. Prince George's County, No. CA-93-3905-JFM (D. Md. Sept. 19, 1996). We deny Booth's "Motion Request for Reconsideration." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED